UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICK HUBBELL,<br><br>Plaintiff,<br><br>v.<br><br>SPOTIFY USA, INC.,<br><br>Defendant. | Case No. 25-cv-07003-JSC<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

Plaintiff, proceeding without attorney representation, filed this copyright, fraud and Lanham Act action against Spotify, Inc. on August 19, 2025. (Dkt. No. 1.) A week later the Court issued an order advising Plaintiff of resources available for unrepresented litigants, and advising Plaintiff that pursuant to Federal Rules of Civil Procedure 4(m), he was required to serve Defendant with the complaint and summons within 90 days of the filing of the complaint; that is, by November 17, 2025. (Dkt. No. 4.) On November 14, 2025, and after no attorney had made an appearance on Defendant's behalf, and Plaintiff had not filed proof of service, the Court issued another order reminding Plaintiff of his duty to serve Defendant and continuing the initial case management conference from November 19, 2025 to March 4, 2026. (Dkt. No. 5.)

As of the date of this Order, Plaintiff has still not filed proof of service, and no attorney has appeared on Defendant's behalf. Nor did Plaintiff file a case management conference statement in advance of the March 4 2026 initial case management conference. So, as the Court has twice reminded Plaintiff of his service obligation, but he has not filed proof of service, shown good cause for a failure to serve, or otherwise communicated with the Court, this action is DISMISSED WITHOUT PREJUDICE. *See* Fed. R. Civ. P. 4(m) (outlining the requirements for proper service and explaining that a district court may dismiss for failure to serve after providing notice and

United States District Court
Northern District of California

absent a showing of good cause for failure to serve); *In re Sheehan*, 253 F.3d 507, 512-13 (9th Cir. 2001) (discussing good cause for failure to serve and the district court's broad discretion to dismiss an action).

The Clerk shall close the case.

**IT IS SO ORDERED.**

Dated: March 2, 2026

JACQUELINE SCOTT CORLEY
United States District Judge

United States District Court
Northern District of California

2